UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,
aka GARY FISHER,

    Plaintiff,

    v.

DIRECTOR OF OPS OF CDCR, et al.,

    Defendants.

Case No. 15-cv-00831-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Gary Dale Barger's allegations in this federal civil rights action are based on events that occurred in Bakersfield, California, which lies in the Eastern District. This action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** February 26, 2015



WILLIAM H. ORRICK
United States District Judge